## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez  
Probation Officer: Jan Wool

Date: November 24, 2008

---

Criminal Action No. 07-cr-00172-CMA-10

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Gregory Rhodes |
| | Michele Korver |
| Plaintiff, | |
| v. | |
| PHILIP DOUGLAS, | Vincent Horn |
| Defendant. | |

---

## SENTENCING MINUTES
---

**8:31 a.m.**     **Court in session.**

Defendant present in custody.

Also present: FBI Agent Todd Wilcox.

Change of Plea Hearing: **April 15, 2008**.

Defendant plead guilty to **Count One of the Superseding Indictment and admitted the forfeiture allegation in Count Twenty-Four of the Superseding Indictment**.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:** United States § 5k1.1 Motion for Downward Departure Based on Substantial Assistance **(1306)** is **granted**.

**ORDER:** Government's Motion and Notice of Sentencing Factors **(1307)** is **granted**.

**ORDER:** Government's Motion to Dismiss Indictment and Remaining Counts of Superseding Indictment as to Defendant Douglas **(1308)** is **granted**. Singed Order to follow.

**The defendant is sentenced as reflected in the record**.

The defendant is advised of the right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**8:48 a.m.** **Court in recess/hearing concluded**.

Total in-court time: 00:17